IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **GIOVANNI RODRIQUEZ,**<br><br>      Plaintiff,<br><br>v.<br><br>**CITY OF MOULTRIE, GEORGIA** and **MOULTRIE POLICE DEPARTMENT**,<br><br>      Defendants. | Civil Action No. 7:13-CV-60 (HL) |

**ORDER**

This case is before the Court on Plaintiff's Motion to Set Aside Order (Doc. 22), which the Court also construes as a motion to set aside the judgment entered in favor of Defendants on March 7, 2014. Plaintiff's counsel states in the motion, which is unopposed, that he did not receive a copy of Defendants' summary judgment motion and did not know about the motion until receiving a copy of the order granting the motion. Plaintiff requests that he be given the opportunity to respond to Defendants' motion as provided by law.

For good cause shown, Plaintiff's Motion to Set Aside Order (Doc. 22) is granted. The Court's order (Doc. 20) granting Defendants' Motion for Summary Judgment and the final Judgment (Doc. 22) in favor of Defendants are both vacated. Plaintiff will have until March 31, 2014 to respond to Defendants' motion. Defendants will then have the standard 14-day period of time to reply.

**SO ORDERED**, this the 10th day of March, 2014.

                                *s/ Hugh Lawson*
mbh                             **HUGH LAWSON, SENIOR JUDGE**